NUMBER 13-04-581-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________

REBECCA OLIVEIRA AND DAVID OLIVEIRA, AS 
NEXT FRIENDS OF DANIEL OLIVEIRA, A MINOR,                Appellants,

v.

BAY AREA HEALTHCARE GROUP, LTD., D/B/A 
COLUMBIA DOCTORS REGIONAL MEDICAL CENTER,
ET AL.,                                                                           Appellees.
___________________________________________________________________

On appeal from the 148th District Court 
of Nueces County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Rodriguez, and Castillo
Memorandum Opinion Per Curiam

         Appellants, REBECCA OLIVEIRA AND DAVID OLIVEIRA, AS NEXT FRIENDS OF
DANIEL OLIVEIRA, A MINOR, perfected an appeal from a judgment entered by the
148th District Court of Nueces County, Texas, in cause number 02-683-E. A cross-appeal was perfected by Bay Area Healthcare Group, Ltd., d/b/a Columbia Doctors
Regional Medical Center. After the record was filed and after mediation of the case,
the parties filed a joint motion to sever and remand in order to effectuate settlement
pursuant to Tex. R. App. P. 42.1. In the motion, the parties state that they have
entered into a settlement agreement in this matter. The parties request that the appeal
between the Oliveiras and the Hospital be remanded back to the trial court in order to
effectuate the terms of the settlement agreement entered into by the parties and that
this Court dismiss the appeal insofar as the doctors are concerned so that the take-nothing judgment against the doctors can become final. The parties further request an
expedited issuance of the mandate in this cause.
         The Court, having examined and fully considered the documents on file and the
parties’ joint motion, is of the opinion that the motion should be granted. The joint
motion is granted. The judgment of the trial court as between Rebecca Oliveira and
David Oliveira, as next friends of Daniel Oliveira, a minor, and Bay Area Healthcare
Group, Ltd., d/b/a Columbia Doctors Regional Medical Center is REVERSED AND
REMANDED to the trial court for effectuation of the settlement agreement. The appeal
as to Alfonso M. Prado, M.D. and Peter R. Serrao, M.D. is hereby DISMISSED.
                                                                                 PER CURIAM
Memorandum Opinion delivered and filed 
this the 5th day of April, 2005.